MARVIN HACKER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ROBERT STATMAN, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 105 *N. J. Super.* 385.

*Messrs Jung, Selikoff, Rathman & Dwyer* and *Mr. Sam Weiss* for the petitioners.

*Messrs. Lasser, Lasser, Sarokin & Hochman, Mr. Sheppard A. Guryan* and *Mr. Irving C. Marcus* for the respondents.

June 30, 1969. Denied.

FRED OATES, *ET AL.*, AS GUARDIAN AD LITEM FOR CHARLES OATES, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BETTY GOODWIN, DEFENDANT-RESPONDENT.

*Mr. Charles Frankel* and *Mr. Paul J. Feldman* for the petitioners.

*Mr. William O. Barnes, Jr.* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ARON JOHNSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Kenneth C. Krause* and *Mr. Thomas Menchin* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

June 30, 1969. Denied.